# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Julissa Lopez Ochoa, | No.   CV-26-04410-PHX-JEM |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, | |
| Respondent. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention.  (Doc. 1.)  The Court ordered Respondent to show cause why the Petition should not be granted.  (Doc. 6.)  In the Response, Respondent states: "Respondents do not oppose the habeas petition to the extent Petitioner challenges [her] current detention under 8 U.S.C. § 1225(b)(2), nor do they oppose Petitioner's request for an individualized bond hearing pursuant to 8 U.S.C. § 1226(a)."  (Doc. 9.)  The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1)    Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2)    Respondent must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3)    Respondent must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4)    Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 2nd day of July, 2026.

_____

**James E. Marner**
**United States Magistrate Judge**